In the Matter of O., Respondent, v M., Appellant.

Submitted April 5, 2010; decided May 11, 2010

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.